United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EKATERINA KASHICHKINA, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-1149 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Ekaterina Kashichkina filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. She contests Respondents' ability to detain her without a bond hearing under 8 U.S.C. § 1227, also known as Section 237 (a)(1)(B) of the Immigration and Nationality Act. (Pet., Doc. 1, ¶ 15)

Petitioner alleges causes of action based on statutory arguments under 8 U.S.C. § 1227, the Due Process Clause of the Fifth Amendment, the Administrative Procedure Act, and the *Accardi* Doctrine.

Petitioner contends that she "entered the United States on a B-2 Visa and timely applied for asylum on a currently-pending Form I-1589 Application for Asylum, Withholding of Removal and Protection under CAT[.]" (Pet., Doc. 1, ¶ 28) To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than November 23, 2026, Respondents shall file an answer, motion, or responsive pleading to the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

Signed on November 2, 2026.

Fernando Rodriguez, Jr.
United States District Judge